UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSHUA PAUL GALLOWAY | CASE NO. 6:24-CV-01628 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MARK GARBER, ET AL. | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

For the reasons set forth in the Report and Recommendation ("R&R") of the Magistrate Judge [ECF No. 8], as modified by the Court's Ruling issued this date, and after a de novo review of the record, including the objections filed to the R&R,

IT IS HEREBY ORDERED that this matter be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees [ECF No. 9] is DENIED.

THUS DONE in Chambers on this 13th day of August, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE